JULIA C. BUSH, Respondent, v. FRANK L. CROSSETT, Appellant, Impleaded with Others.

SAME, Respondent, v. SAME, Appellant.

*Bush v. Crossett,* 173 App. Div. 921, affirmed.

(Argued November 14, 1918; decided December 3, 1918.)

APPEAL in each of the above-entitled actions from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered March 29, 1916, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to foreclose a mortgage on real property. The defendant Crossett interposed three defenses, the principal one being usury, another being that the actions were prematurely brought and another that the defendant had not received on said mortgages the full amount agreed to be advanced thereon.

*Thomas B. Merchant* for appellant.

*Leon C. Rhodes* for respondent.

Judgment in each case affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, MCLAUGHLIN and CRANE, JJ.